IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMETRIA DANTZLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:21-CV-334-WKW |
| AMERIFINANCIAL SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' stipulation of dismissal without prejudice (Doc. # 20), Plaintiff's action against Defendant has been dismissed without prejudice by operation of Rule 41 of the Federal Rules of Civil Procedure.

The stay on this case is lifted. The Clerk of the Court is DIRECTED to terminate this action.

DONE this 27th day of October, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE